**In the Interest of W.J.H., II, a minor.**

**C.A.W., Appellant,**

v.

**Juvenile Officer of St. Louis County, Missouri, Respondent.**

**No. ED 82462.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 9, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 2003.

John Richard Bird, St. Louis, for appellant.

Richard J. Childress, St. Louis, for Missouri Division of Family Services.

N. Kimasa Sindel GAL, Clayton for William John Hodge.

Cynthia Lynn Harcourt–Hearring, Lance Christian Bretsnyder, Co–Counsel, Clayton, for Juvenile Officer.

Before SHERRI B. SULLIVAN, C.J., MARY K. HOFF and GEORGE W. DRAPER III, JJ.

### ORDER

PER CURIAM.

C.A.W. (Mother) appeals from a trial court judgment terminating her parental rights to her minor child, W.J.H., II (Child), pursuant to Section 211.447 RSMo. (2000). We have reviewed the briefs of the parties and the record on appeal and conclude that the judgment of the trial court terminating Mother's parental rights to Child is supported by substantial evidence, is not against the weight of the evidence, nor does it erroneously declare or apply the law. *In the Interest of F.N.M.*, 951 S.W.2d 702, 703 (Mo.App. E.D.1997). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).